## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

J&J RENTALS, LLC,

    Plaintiff,

v.          No. 21-cv-0626 DHU-SMV

BIGHORN CONSTRUCTION & RECLAMATION, LLC,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    June 7, 2022, at 10:30 a.m. MDT

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 7, 2022, at 10:30 a.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    IT IS SO ORDERED.

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**