IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**J&J RENTALS, LLC,**

    Plaintiff,

v.                                                      No. 21-cv-0626 DHU/SMV

**BIGHORN CONSTRUCTION & RECLAMATION, LLC,**

    Defendant.

### ORDER TO FILE CLOSING DOCUMENTS

    Counsel for the parties notified the Court by telephone on June 15, 2022, that a settlement has been reached in this matter.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 15, 2022**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**