IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**J&J RENTALS, LLC,**

    Plaintiff,

v.                                                                           No. 21-cv-0626 DHU/SMV

**BIGHORN CONSTRUCTION & RECLAMATION, LLC,**

    Defendant.

## ORDER TO RETAIN COUNSEL

THIS MATTER is before the Court on the withdrawal of Defendant's counsel. Defendant is not a natural person, and this district's local rules require that an entity other than a natural person be represented by an attorney. D.N.M.LR-Civ. 83.7; *see also Harrison v. Wahatoyas, LLC*, 253 F.3d 552 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."). "Absent entry of appearance by a new attorney, any filings made by the corporation, partnership or business entity other than a natural person may be [struck] and default judgment or other sanctions imposed." D.N.M.LR-Civ. 83.8(c).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant retain counsel **no later than September 6, 2022**, or default judgment may be entered against it.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**